# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Anton Joseph Lazzaro (1) and<br>Gisela Castro Medina (2),<br><br>    Defendants. | Case No. 21-cr-173 (WMW/DTS)<br><br>**ORDER TO UNSEAL** |

The Government filed a motion to unseal this matter. Based on the record, proceedings, and for good cause shown; **IT IS HERE BY ORDERED:** the motion (Dkt. No. 35) is **GRANTED**, and the case, including the Indictment, shall be unsealed.

Dated: September 7, 2021
                                                   s/David T. Schultz
                                                  DAVID T. SCHULTZ
                                                  United States Magistrate Judge