# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURTROOM MINUTES - CRIMINAL |
| ) | BEFORE: BECKY R. THORSON |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 21-cr-173 WMW/DTS |
| ) | Date: September 23, 2021 |
| ) | Video Conference |
| ) | Time Commenced: 1:12 p.m. / 1:38 p.m. |
| Gisela Castro Medina (2), ) | Time Concluded: 1:34 p.m./ 1:42 p.m. |
| Defendant, | Time in Court: 26 minutes |

## APPEARANCES:

Plaintiff: Angela Munoz and Emily Polachek, Assistant U.S. Attorneys
Defendant: Ryan Garry and Elizabeth Duel, Esq.
  X Retained

Date Charges Filed: 8/11/2021    Offense: conspiracy to commit sex trafficking of minors; aiding and abetting sex trafficking of minors

X Advised of Rights

on    X Indictment

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.


Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.
Defendant detained until a bed is available.

                                              s/SAE
                                    Signature of Courtroom Deputy