# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>Gisela Castro Medina (2),<br>    Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:         21-cr-173 WMW/DTS<br>Date:            September 23, 2021<br>Video Conference<br>Time Commenced:  1:42 p.m.<br>Time Concluded:  1:44 p.m.<br>Time in Court:   2 minutes |

APPEARANCES:

   Plaintiff: Angela Munoz and Emily Polachek, Assistant U.S. Attorneys
   Defendant:  Ryan Garry and Elizabeth Duel,
           X Retained

**Indictment Dated:**

   X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
   X Counsel to be notified of additional dates by separate Order to be issued.
   X Defendant consents to this hearing via video conference.

                                                              s/SAE
                                                    Signature of Courtroom Deputy