UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **STATEMENT OF FACTS IN** |
| v. ) | **SUPPORT OF EXCLUSION OF** |
| ) | **TIME UNDER SPEEDY TRIAL ACT** |
| GISELA CASTRO MEDINA (2), ) | |
| ) | |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Second Joint Motion to Exclude Time Under the Speedy Trial Act:

I understand that my co-defendant is seeking an extension of the motion filing date due to his attorney's transition in her law practice. I do not oppose the request to extend the motion filing date, and, in fact, make the same request. Accordingly, I wish for there to be an extension of the date to file motions to January 10, 2022 and a corresponding extension of the motions hearing and trial dates.

The defense requests a continuance of the date to file motions by to and including January 10, 2022. Based on the above facts, I request that the period from now until that date be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my attorneys and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 11/10/2021

*Gisele Medina*
Gisela Castro Medina
Defendant

Dated: 11/10/21

*Elizabeth Duel*
Ryan Garry
Elizabeth Duel
Attorneys for Defendant