UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  **ORDER** |
| GISELA CASTRO MEDINA (2), | ) |
| Defendant. | ) |

This matter is before the Court on the Defendant's Motion for a release from home detention to go to her parents' house for Thanksgiving (ECF No. 91).

Accordingly, IT IS HEREBY ORDERED THAT:

1. Ms. Medina is permitted to be away from her halfway house on Thursday, November 25, 2021 from 9:00 a.m. to 8:00 p.m.

2. Ms. Medina shall leave the halfway house no earlier than 9:00 a.m. and go to her parents' house. She shall be back at the halfway house no later than 8:00 p.m. Ms. Medina shall not make any unapproved stops during transit.

3. If any alcohol is present or any minors other than her sister arrive, Ms. Medina shall immediately leave and return to the halfway house.

4. Ms. Medina shall call the halfway house when she arrives at her parents' house and shall respond to their calls as directed by the halfway house.

5. All other pretrial release conditions remain in effect.

Dated: November 24, 2021

Patrick J. Schiltz
United States District Judge