**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Gisela Castro Medina (2), | |
| Defendant. | |

---

Defendant Gisela Castro Medina filed a Motion for a release from home detention to go to her parents' house for Christmas (Dkt. No. 109). **IT IS HEREBY ORDERED:**

1. Ms. Medina is permitted to be away from her halfway house from Friday, December 24, 2021 at 2:00 p.m. until Saturday, December 25, 2021 at 2:00 p.m.

2. Ms. Medina shall leave the halfway house no earlier than 2:00 p.m. on Friday, December 24, 2021 and go to her parents' house. She shall be back at the halfway house no later than 2:00 p.m. on Saturday, December 25, 2021. Ms. Medina shall not make any unapproved stops during transit.

3. If any alcohol is present or any minors other than her sister arrive, Ms. Medina shall immediately leave and return to the halfway house.

4. Ms. Medina shall call the halfway house when she arrives at her parents' house and shall respond to their calls as directed by the halfway house.

5. All other pretrial release conditions remain in effect.

Dated: December 17, 2021
                                                               s/David T. Schultz
                                                               DAVID T. SCHULTZ
                                                               U.S. Magistrate Judge