UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | (PROPOSED) **ORDER** |
| | ) | |
| GISELA CASTRO MEDINA (2), | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for a release from home detention to go to her parents' house for Valentine's Day (ECF No. 148).

Accordingly, IT IS HEREBY ORDERED THAT:

1. On February 14, 2022, Ms. Medina shall leave directly from treatment when her program is finished for the day (approximately 2:30 p.m.) and go to her parents' house. She shall be back at the halfway house no later than 9:00 p.m. the same day. Ms. Medina shall not make any unapproved stops during transit.

2. If any alcohol is present or any minors other than her sister arrive, Ms. Medina shall immediately leave and return to the halfway house.

3. Ms. Medina shall call the halfway house when she arrives at her parents' house and shall respond to their calls as directed by the halfway house.

4. All other pretrial release conditions remain in effect.

5. Ms. Medina must follow all COVID-19 guidance from the halfway house and understands that she may be unable to use any pass if she is under quarantine or

the halfway house otherwise sets conditions or restricts her ability to leave on

furlough.

Dated:_____                     _____
                                                                   The Honorable David T. Schultz
                                                                   United States Magistrate Judge