# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Gisela Castro Medina (2), | |
| Defendant. | |

The government filed a Motion for Discovery [Dkt. No. 55]. Defendant Medina has not filed pretrial motions [Dkt. No. 118] or a response to the government's motion. The Parties have informed the Court a motion hearing is unnecessary. The Court, being duly advised in the premises, upon all the files, records, and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED:** The United States' Motion for Discovery [Dkt. No. 12] is **GRANTED**. Defendant Medina shall comply with Rules 16(b), 12.1, 12.2, 12.3, and 26.2 of the Federal Rules of Criminal Procedure.

Dated: February 14, 2022

                                                ___s/David T. Schultz_____
                                                DAVID T. SCHULTZ
                                                U.S. Magistrate Judge