PS 8
(Rev 5/10)

UNITED STATES DISTRICT COURT
for
District of Minnesota

Filed by the Clerk

U.S.A. vs. Gisela Castro Medina          Docket No. 0864 0:21CR00173-002(PJS/DTS)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Michael F. Alberts, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Gisela Castro Medina** who was placed under pretrial supervision by the Honorable Becky R. Thorson, sitting in the Court at St. Paul on the 23rd day of September, 2021, under the following special conditions:

- Pretrial Services Supervision
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- No Contact with Co-Defendant
- Halfway House
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Location Monitoring Program
- Report to Law Enforcement
- Computer/Internet Restrictions
- Computer Search
- Drug Treatment
- Alcohol Abstinence
- Mental Health Evaluation/Treatment
- Maintain Address as Approved
- No Contact with Minors
- Search/Seizure
- No Possession of Pornographic Materials

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Since September 23, 2021, Gisela Castro Medina has resided in a Court-ordered halfway house while participating in substance abuse and mental health programing. During this time, she has successfully completed six Court-approved visits to the home of her parents. Given her overall progress, it is recommended the defendant be allowed to release from the halfway house to reside with her family. In addition, it is recommended the condition restricting contact with minors be modified to allow contact with immediate minor family members. Defense counsel supports this recommendation. The Government does not object to the proposed changes.

PRAYING THAT THE COURT WILL ORDER:

The removal of the condition of pretrial release requiring the defendant to maintain residence at a halfway house or community corrections center as approved by the U.S. Probation and Pretrial Services office or supervising officer considers necessary and observe the rules and regulations of that facility.

In addition, it is recommended the Court modify the current condition of release restricting minor contact as follows:

> Aside from immediate family members, the defendant shall not associate with persons under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.

All other conditions as previously imposed shall remain in effect.

ORDER OF THE COURT

Considered and ordered this __25th__ day of __March__, 2022, and ordered filed and made a part of the records in the above case.

*David T. Schultz*
Honorable David T. Schultz
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Michael Alberts*
Michael F. Alberts
Senior U.S. Probation Officer
612-664-5354

Executed on   March 23, 2022

Place   Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer