UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-cr-173 (PJS/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  **NOTICE OF APPEARANCE**

ANTON JOSEPH LAZZARO,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Melinda A. Williams

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |
| | ANDREW M. LUGER<br>United States Attorney |
| | *s/Melinda A. Williams* |
| | BY:  MELINDA A. WILLIAMS<br>       Assistant U.S. Attorney |