UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Gisela Castro Medina (2), | |
| Defendant. | |

---

Defendant filed a Motion for a release from home detention to attend her sober anniversary dinner (Dkt. No. 225).

**IT IS HEREBY ORDERED:**

1. Ms. Medina shall leave directly from her parents' home at 6:30 p.m. and go to the pre-approved restaurant. She shall be back at her parents' house no later than 11:00 p.m. Ms. Medina shall not make any unapproved stops during transit.

2. Ms. Medina shall not have any contact with minors outside of the presence of adults. Incidental contact or contact in the presence of other adults will not be a violation of her pretrial release conditions.

3. If Ms. Medina is made aware that any minor victim or minor witness from this case is present at the restaurant, Ms. Medina will leave immediately per her conditions of release.

4. All other pretrial release conditions remain in effect.

Dated: July 28, 2022              s/David T. Schultz
                                  DAVID T. SCHULTZ
                                  U.S. Magistrate Judge