UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| Gisela Castro Medina (2), | |
| Defendant. | |

Defendant filed a Motion for a release from home detention to attend a leadership retreat in Los Angeles, California (Dkt. No. 240).

**IT IS HEREBY ORDERED:**

1. Ms. Medina is permitted to attend the leadership retreat in Los Angeles, California from on or about Wednesday, September 14 to on or about Saturday, September 17, 2022. This is to include flights to and from California, staying at a hotel, and attending the event.

2. Ms. Medina shall provide all of her travel details to USPO Kiah Smith.

3. Ms. Medina shall maintain regular communication with USPO Kiah Smith during the trip.

4. Ms. Medina shall not associate with persons under the age of 18 except in the presence of a responsible adult who is aware of the nature of Ms. Medina's background and current offense and who has been approved by the supervising officer.

5. Ms. Medina is placed in the temporary custody of Andrea Powell for the duration of the retreat.

2

6. All other pretrial release conditions remain in effect.


Dated: September 9, 2022            <u>s/David T. Schultz</u>
DAVID T. SCHULTZ
U.S. Magistrate Judge