# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 21-CR-0173 (2) (PJS/DTS) |
| | Date: December 19, 2022 |
| Gisela Castro Medina, | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 15 |
| | Time Commenced: 1:35 p.m. |
| | Time Concluded: 2:35 p.m. |
| | Sealed Hearing Time: |
| | Time in Court: 1 Hour & Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:   Laura Provinzino, Angela Munoz, Emily Polachek
   For Defendant:   Elizabeth Duel, Ryan Garry  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed
Interpreter/Language: /
☐ Appointment of Counsel requested - ☐ granted ☐ denied.
☐ Appointed

PROCEEDINGS:
   ☐ **Arraignment** on ☐ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Counts: 1 and 10
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☒ Bond continued.
   ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
   ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                                             s/C. Glover
                                                                             Courtroom Deputy