UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GISELA CASTRO MEDINA (2), )<br>)<br>Defendant. ) | **DEFENDANT'S MOTION FOR FURLOUGH FOR DINNER** |

The purpose of this motion is to respectfully request that Ms. Medina be permitted to be away from her parents' house from approximately 8:30 p.m. until midnight to celebrate her birthday. This time includes travel and parking. U.S. Probation Officer Kiah Smith supports this event, noting that Ms. Medina has been compliant and very communicative, but is unable to approve it because it is not family- or sponsor-related. Ms. Smith would pre-approve the restaurant and date. Assistant U.S. Attorney Laura Provinzino defers to Ms. Smith.

On September 23, 2021, the Honorable Becky R. Thorson set conditions of release in Ms. Medina's case (ECF No. 52). The conditions included home detention at a halfway house (*id.* at p. 3). Ms. Medina was allowed to leave the halfway house to spend time at her parents' house several times (ECF Nos. 93, 111, 116, 151, 156, 165, 227, 243), and while away from the halfway house, Ms. Medina complied with all of her conditions and did what she was asked. On March 25, 2022, Ms. Medina's conditions were amended to allow her to move home while still on house arrest (ECF No. 177).

Ms. Medina now moves this Court to allow her to leave her parents' house to go out to dinner for her birthday from 8:30 p.m. until midnight, including transportation and parking time. The following conditions would be in effect:

1. Ms. Medina shall leave directly from her parents' home at 8:30 p.m. and go to the pre-approved restaurant on the pre-approved date. She shall be back at her parents' house no later than midnight. Ms. Medina shall not make any unapproved stops during transit.

2. Ms. Medina shall not have any contact with minors outside of the presence of adults. Incidental contact or contact in the presence of other adults will not be a violation of her pretrial release conditions.

3. If Ms. Medina is made aware that if any minor victim or minor witness from this case is present at the restaurant, Ms. Medina will leave immediately per her conditions of release.

4. All other pretrial release conditions remain in effect.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: January 20, 2023

s/ Elizabeth Duel
Ryan P. Garry (Attorney No. 0336129)
Elizabeth R. Duel (Attorney No. 0393619)
Attorneys for Defendant
333 South Seventh Street, Suite 3020
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com | elizabeth@ryangarry.com