UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| GISELA CASTRO MEDINA (2), | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the Defendant's Motion for a release from home detention to attend an out-of-state retreat (ECF No. 319).

Accordingly, IT IS HEREBY ORDERED THAT:

1. Ms. Medina shall leave from her parents' home no earlier than 9:00 a.m. on Thursday, March 16, 2023. She (or her friend) shall drive to the retreat. She shall be back at her parents' house no later than 2:00 p.m. on Sunday, March 19, 2023. Ms. Medina is permitted to make stops along the way to the retreat so long as it does not substantially deviate from the route from her home to the retreat.

2. Ms. Medina shall not have any contact with minors outside of the presence of adults. Incidental contact or contact in the presence of other adults will not be a violation of her pretrial release conditions.

3. If Ms. Medina is made aware that if any minor victim or minor witness from this case is present at the retreat, Ms. Medina will leave immediately per her conditions of release.

4. If, through no fault of her own, Ms. Medina cannot return home by 2:00 p.m. on Sunday, March 19, 2023 (such as due to weather or road conditions), she shall promptly notify her supervising officer and return home as soon as possible thereafter.  A late return home after notifying her supervising officer shall not be a violation of this Order or her pretrial release conditions.  She shall keep her supervising officer informed of her whereabouts until she returns home.

5. All other pretrial release conditions remain in effect.

Dated: March 16, 2023                                           s/Patrick J. Schiltz
                                                                                  The Honorable Patrick J. Schiltz
                                                                                  Chief United States District Judge