UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. GISELA CASTRO MEDINA,
   a/k/k Gisela Medina,

    Defendant.

Case No. 21-cr-173(2) (PJS/DTS)

**PRELIMINARY ORDER
OF FORFEITURE**

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Gisela Castro Medina; on the evidence and testimony admitted at trial; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 1594(d) and 21 U.S.C. § 853(p); and on the Court's determination that, based on the Plea Agreement entered into by the Defendant and on all the files and records of this proceeding, the United States has established the requisite nexus between such property and the offenses to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1. the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 428) is **GRANTED;**

2. The following property is forfeited to the United States pursuant to 18 U.S.C. § 1594(d):

    a. an Apple iPhone 11, serial FK2ZJ2BHN72J;
    b. an Apple MacBook Air-A2119 with charger, serial number C02D7EUDMNHP;

      c. An Apple iPhone 12 seized, serial number F17DNKFEODXP; and
      d. a 2015 Mini Cooper Hatchback, VIN: WMWXP7C54F2A38757;

3. The following property is forfeited to the United States pursuant to 21 U.S.C. § 853(p):

      e. 2,000 in U.S. Currency. (Collectively, "the Property.")

4. the Attorney General or his authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

5. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

6. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

7. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

8. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: 7/21/23

s/Patrick J. Schiltz
PATRICK J. SCHILTZ, Chief Judge
United States District Court